```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0078--CR (JKS)
                "USA V RONALD LEE PHILLIPS ET AL"
                   DEF 1.1 PHILLIPS, RONALD LEE
```

Including terminated defendants, excluding terminated counsel

```
      Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed:  03/20/03
              Closed:  11/14/03
   No. of Defendants:  2
       MJ Case Number:
                  AKA:
      Location status: Released on Bond
          Trial date:
          Terminated:  YES
    Needs interpreter: NO
    Counsel of record: Meredith Appel Ahearn
                       Hagans Ahearn et al
                       310 K Street, Suite 400
                       Anchorage, AK 99501
                       907-276-5294
                       FAX 907-276-8732
                       Serve: YES
                        Type: CJA
                        Role: Appeal


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: United States Attorney
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Other
```

Counts re: DEF 1.1 PHILLIPS, RONALD LEE

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Sentenced (58-1) |
| 1 - 1 IND | 2 | 18:1343 WIRE FRAUD (F) | Sentenced (58-1) |
| 1 - 1 IND | 3 | 18:1343 WIRE FRAUD (F) | Dismissed (58-1) |
| 1 - 1 IND | 4 | 18:1343 WIRE FRAUD (F) | Dismissed (58-1) |
| 1 - 1 IND | 5 | 18:1343 WIRE FRAUD (F) | Dismissed (58-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0078--CR (JKS)
                                   "USA V RONALD LEE PHILLIPS ET AL"
                                     DEF 1.1 PHILLIPS, RONALD LEE

                       Including terminated defendants, excluding terminated counsel


    1 -     1 IND      6       18:1343 WIRE FRAUD (F)                                   Dismissed
                                                                                        (58-1)

    1 -     1 IND      7       18:1343 WIRE FRAUD (F)                                   Dismissed
                                                                                        (58-1)

    1 -     1 IND      8       18:1343 WIRE FRAUD (F)                                   Dismissed
                                                                                        (58-1)

    1 -     1 IND      9       18:1343 WIRE FRAUD (F)                                   Dismissed
                                                                                        (58-1)

    1 -     1 IND     10       18:1341 MAIL FRAUD (F)                                   Dismissed
                                                                                        (58-1)

    1 -     1 IND     11       18:1341 MAIL FRAUD (F)                                   Dismissed
                                                                                        (58-1)

    1 -     1 IND     12       18:1341 MAIL FRAUD (F)                                   Dismissed
                                                                                        (58-1)

    1 -     1 IND     13       18:1341 MAIL FRAUD (F)                                   Dismissed
                                                                                        (58-1)

    1 -     1 IND     14       18:1341 MAIL FRAUD (F)                                   Dismissed
                                                                                        (58-1)

    1 -     1 IND     15       18:1341 MAIL FRAUD (F)                                   Dismissed
                                                                                        (58-1)

    1 -     1 IND     16       18:1341 MAIL FRAUD (F)                                   Dismissed
                                                                                        (58-1)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0078--CR (JKS)
                             "USA V RONALD LEE PHILLIPS ET AL"
                              DEF 2.1 GEARRING, WALTER LEE JR.

                   Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
            Filed:  03/20/03
           Closed:  11/14/03
No. of Defendants:  2
    MJ Case Number:
               AKA:
   Location status: Released on Bond
        Trial date:
        Terminated: YES
Needs interpreter:  NO
 Counsel of record: Robin L. Koutchak
                    North Slope Borough Law Dept
                    POB 69
                    Barrow, AK 99723
                    907-852-0487
                    FAX    -    -
                    Serve: YES
                     Type: Retained
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  United States Attorney
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Other


Counts re: DEF 2.1 GEARRING, WALTER LEE JR.
```

| Document   | Count | Citation and Description    | Disposition       |
|------------|-------|-----------------------------|-------------------|
| 1 -  1 IND | 1     | 18:371 CONSPIRACY (F)       | Dismissed (59-1)  |
| 1 -  1 IND | 2     | 18:1343 WIRE FRAUD (F)      | Dismissed (59-1)  |
| 1 -  1 IND | 3     | 18:1343 WIRE FRAUD (F)      | Dismissed (59-1)  |
| 1 -  1 IND | 4     | 18:1343 WIRE FRAUD (F)      | Dismissed (59-1)  |
| 1 -  1 IND | 5     | 18:1343 WIRE FRAUD (F)      | Sentenced (59-1)  |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0078--CR (JKS)
                                  "USA V RONALD LEE PHILLIPS ET AL"
                                  DEF 2.1 GEARRING, WALTER LEE JR.

                         Including terminated defendants, excluding terminated counsel


     1 -    1 IND    6        18:1343 WIRE FRAUD (F)                                   Dismissed
                                                                                       (59-1)

     1 -    1 IND    7        18:1343 WIRE FRAUD (F)                                   Dismissed
                                                                                       (59-1)

     1 -    1 IND    8        18:1343 WIRE FRAUD (F)                                   Dismissed
                                                                                       (59-1)

     1 -    1 IND    9        18:1343 WIRE FRAUD (F)                                   Dismissed
                                                                                       (59-1)

     1 -    1 IND   10        18:1341 MAIL FRAUD (F)                                   Dismissed
                                                                                       (59-1)

     1 -    1 IND   11        18:1341 MAIL FRAUD (F)                                   Dismissed
                                                                                       (59-1)

     1 -    1 IND   12        18:1341 MAIL FRAUD (F)                                   Dismissed
                                                                                       (59-1)

     1 -    1 IND   13        18:1341 MAIL FRAUD (F)                                   Dismissed
                                                                                       (59-1)

     1 -    1 IND   14        18:1341 MAIL FRAUD (F)                                   Dismissed
                                                                                       (59-1)

     1 -    1 IND   15        18:1341 MAIL FRAUD (F)                                   Dismissed
                                                                                       (59-1)

     1 -    1 IND   16        18:1341 MAIL FRAUD (F)                                   Dismissed
                                                                                       (59-1)
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A03-0078--CR (JKS)
                                "USA V RONALD LEE PHILLIPS ET AL"

                                        For all filing dates
```

```
 Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
           Filed: 03/20/03
          Closed: 11/14/03
No. of Defendants: 2
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 03/20/03 | [Re: DEF 1-2] PLF 1 Indictment. |
| 2 - 1 | 03/20/03 | [Re: DEF 1-2] AHB Grand Jury Minutes; bail set at $25,000 secured as to each def; summons to issue; set for arr and notify USM. |
| NOTE - 1 | 03/21/03 | Issued: Summons re: Def 1. |
| NOTE - 2 | 03/21/03 | Issued: Summons re: Def 2. |
| NOTE - 3 | 03/21/03 | Issued: Proposed Trial Date Setting for arr re: Def 1 to JKS CMC. |
| NOTE - 4 | 03/21/03 | Issued: Proposed Trial Date Setting for arr re: Def 2 to JKS CMC. |
| 3 - 1 | 03/21/03 | [Re: DEF 1] AHB Minute Order that arr is set 2:00 p.m., 4/24/03. cc: USA, USM, PO, DEF (by USM) |
| 4 - 1 | 03/21/03 | [Re: DEF 2] AHB Minute Order that arr is set 2:30 p.m., 4/24/03. cc: USA, USM, PO, Def (by USM) |
| 5 - 1 | 03/28/03 | USM Return of service on summons re: DEF 2 executed on 03/27/03. |
| 6 - 1 | 03/28/03 | USM Return of sevice on summons re: DEF 1 executed on 3/27/03. |
| 7 - 1 | 04/25/03 | [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 5/8/03. cc: USA, FPD (as Friend of the Court) |
| 8 - 1 | 04/25/03 | [Re: DEF 1] Order setting conditions of release; bond set at $10,000 cash or surety. cc: USA, FPD (as Friend of the Court), USM, PO |
| 9 - 1 | 04/25/03 | {SEALED} |
| 10 - 1 | 04/25/03 | [Re: DEF 2] AHB Order regarding preparation for trial; ptms due 5/8/03. cc: USA, R. Koutchak |
| 11 - 1 | 04/25/03 | [Re: DEF 2] AHB Order of Personal Recognizance. cc: USA, R. Koutchak, USM, PO |
| 12 - 1 | 04/25/03 | [Re: DEF 2] Appearance bond; bond set at $50,000 unsecured. |
| 13 - 1 | 04/25/03 | [Re: DEF 2] Order setting conditions of release; bond set at $50,000 unsecured. cc: USA, R. Koutchak, USM, PO |
| 14 - 1 | 04/25/03 | [Re: DEF 2] AHB Court Minutes [ECR: Caroline Edmiston] of arr on Indt (held 4/24/03); def plead not guilty; $50,000 unsecured bond; appearance bond/ order setting conditions of release/order re: personal recognizance filed; ptms due 5/8/03. cc: USA, R. Koutchak, USM, PO, Judge Singleton |
| NOTE - 5 | 04/28/03 | Issued: Notice of Speedy Trial Act ddlns re: Def 1 to JKS. cc: CMC |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A03-0078--CR (JKS)
                           "USA V RONALD LEE PHILLIPS ET AL"

                                 For all filing dates


 Document #   Filed      Docket text

 NOTE -  6    04/28/03   Issued: Notice of Speedy Trial Act ddlns re: Def 2 to JKS.   cc: CMC

   15 -  1    04/28/03   [Re: DEF 1-2] JKS Minute Order setting TBJ for 05/27/03 at 9:00 a.m. and
                         FPTC for 05/23/03 at 1:30 p.m.  cc: USA, FPD, R. Koutchak, USM, USPO, MJ
                         Branson, JC

   16 -  1    04/28/03   DEF 2 Attorney Appearance of Robin Koutchak.

   17 -  1    04/29/03   [Re: DEF 1] Financial Affidavit.

   18 -  1    04/29/03   [Re: DEF 1] AHB Court Minutes [ECR: Debby Willoughby-Lyons] of ex parte
                         stat of cnsl hrg (held 4/28/03); fin aff filed; FPD accepted
                         appointment; crt directed dkts 7 & 8 be unsealed.  cc: FPD

   19 -  1    04/29/03   [Re: DEF 1-2] AHB Minute Order in light of the time constraints imposed
                         by the crt's calendar and 5/27/03 TBJ mots now due NLT COB 5/2/03; oppos
                         due NLT COB 5/5/03; mots/oppos to be served on opposing cnsl via
                         hand/fax delivery; a.m. of 5/6/03 beginning at 9:00 a.m. reserved for
                         any necessary hrg; parties to mark their calendars accordingly; unless
                         otherwise notified hrg will go foward as set.  cc: USA, FPD, R.
                         Koutchak, USM, PO

   20 -  1    04/29/03   [Re: DEF 1] Appearance bond; $10,000 corporate surety posted.

   21 -  1    04/29/03   [Re: DEF 1] Clerk's Notice that pursuant to Order Setting Conditions of
                         Release a $10,000 surety bond has been posted by Fred's Bail Bonding and
                         place in the vault for safe-keeping. cc: USA, M. Hadden, USM, PO,
                         Finance

   22 -  1    04/29/03   [Re: DEF 1] CY of Order of Release (original to USM).   cc: USA, FPD,
                         USM, PO

   23 -  1    04/30/03   DEF 1 Unopposed motion to continue trial w/att aff.

   23 -  2    04/30/03   DEF 1 Unopposed motion to continue pretrial motions deadline (to
                         5/13/03) w/att aff.

   23 -  3    04/30/03   DEF 1 Unopposed motion for shortened time re: 23-1, 23-2.

   24 -  1    05/01/03   [Re: DEF 1] JKS Minute Order setting hrg on mot to cont trial for
                         05/05/03 at 10:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson, JC

   25 -  1    05/01/03   [Re: DEF 1] AHB Minute Order denying motion Unopposed motion to continue
                         pretrial motions deadline (to 5/13/03) (23-2); parties advised that if
                         TBJ is cont crt will sua sponte adjust ptm ddlns.  cc: USA, FPD, R.
                         Koutchak

   26 -  1    05/01/03   [Re: DEF 1] PLF 1 Stipulation pursuant to discovery conf.

   27 -  1    05/01/03   DEF 2 Unopposed motion to continue trial date (on shortened time) w/att
                         aff.

   27 -  2    05/02/03   DEF 2 Unopposed motion to extend dates for motion for practice
                         (shortened  time) w/att aff.

   28 -  1    05/02/03   [Re: DEF 2] JKS Minute Order setting hrg on non-opposed mot to cont
                         trial date and extend dates for mot practice is set for 05/05/03 at

 ACRS: R_RDSDX                As of 12/01/05 at 2:54 PM by GARRY                        Page 2
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A03-0078--CR (JKS)
                             "USA V RONALD LEE PHILLIPS ET AL"

                                     For all filing dates

 Document #   Filed      Docket text
 _____  _____   _____

                         10:00 a.m. cc: USA, R. Koutchak, USM, USPO, MJ Branson, JC

 29 -   1     05/02/03   [Re: DEF 2] AHB Minute Order denying Unopposed motion to extend dates
                         for motion for practice (shortened (27-2); parties advised that if
                         current TBJ date is cont crt will sua sponte extend the ptms ddln.  cc:
                         USA, FPD, R. Koutchak

 30 -   1     05/02/03   [Re: DEF 2] PLF 1 Discovery conference certificate.

 31 -   1     05/02/03   [Re: DEF 1] PLF 1 Discovery conference certifcate.

 32 -   1     05/05/03   [Re: DEF 1-2] JKS Court Minutes [ECR: Robin Carter] re hrg on unopposed
                         mots on shortened time to cont trial (dkts 23 & 27) held 05/05/03; FPTC
                         previously set for 05/23/03 vacated and reset for 08/07/03 at 4:00 p.m.;
                         TBJ previously set for 05/27/03 vacated and reset for 08/11/03 at 9:00
                         a.m.; crt found excludable delay under 18 U.S.C. 3161(h)(8)(B)(iv). cc:
                         USA, FPD, R. Koutchak, USM, USPO, MJ Branson, JC

 33 -   1     05/05/03   [Re: DEF 2] PLF 1 Errata to Discovery Conference Certificate filed on
                         5/2/03.

 34 -   1     05/06/03   [Re: DEF 1-2] AHB Minute Order that ptms now due NOON 5/30/03; oppos due
                         NOON 6/6/03; mots/oppos to be served via hand/fax delivery; 6/9/03
                         beginning at 9:30 reserved for any necessary hrg resulting from filing
                         of mots; parties to mark their calendars accordingly; hrg will go
                         forward unless otherwise notified.  cc: USA, FPD, R. Koutchak, USM, PO

 35 -   1     06/03/03   [Re: DEF 1] AHB Minute Order re evident hrg prev set for 6/9/03 is
                         VACATED. cc: USA, FPD, R. Koutchak, USM, USPO

 36 -   1     07/17/03   [Re: DEF 1-2] PLF 1 Unopposed motion to continue TBJ on 8/14/03 to 1:30

 36 -   2     07/18/03   [Re: DEF 1-2] JKS Order granting unopposed motion to continue TBJ on
                         8/14/03 to 1:30 (36-1). cc: USA, FPD, R. Koutchak

 37 -   1     07/31/03   DEF 1 Notice of intent to plead guilty and request for change of plea
                         hearing.

 38 -   1     08/01/03   [Re: DEF 1] JKS Minute Order setting PCOP for 08/07/03 at 4:00 p.m. cc:
                         USA, FPD, R. Koutchak, USM, USPO, MJ Branson, JC

 39 -   1     08/04/03   DEF 2 Notice of intent to change plea.

 40 -   1     08/05/03   [Re: DEF 2] JKS Minute Order that PCOP is set for 08/07/03 at 3:30 p.m.
                         cc: USA, FPD, R. Koutchak, USM, USPO, MJ Branson, JC

 41 -   1     08/06/03   {SEALED}

 42 -   1     08/08/03   [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter] PCOP/FPTC held 8/7/03.
                         Def changed pleas to guilty on counts 1 & 2 of the Indictment.  Court
                         accepted pleas.  Def referred to P.O. for presentence report.  IOS set
                         for 10/17/03 at 10:00 a.m.  Gov counsel to dismiss counts 3-16 at the
                         IOS.  TBJ set for 8/11/03 at 9:00 a.m. is vacated.    cc: AUSA, FPD, USM,
                         USPO, MJ Branson, JC

 43 -   1     08/08/03   {SEALED}

 44 -   1     09/18/03   [Re: DEF 1-2] Request for continuance of sentencing date filed by USPO.
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A03-0078--CR (JKS)
                              "USA V RONALD LEE PHILLIPS ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 45 - 1 | 09/23/03 | [Re: DEF 1-2] JKS Minute Order vacating IOS previously set for 10/17/03; def Phillips IOS cont to 11/13/03 at 9:00 a.m.; def Gearring IOS cont to 11/13/03 at 10:00 a.m. cc: USA, FPD, R. Koutchak, USM, USPO, MJ Branson |
| 46 - 1 | 09/30/03 | DEF 1 motion for bail modification w/att aff. |
| 47 - 1 | 10/24/03 | [Re: DEF 1] PLF 1 oppo to DEF 1 mot for bail modification (46-1). |
| 48 - 1 | 11/04/03 | [Re: DEF 1] JKS Order denying w/o prej motion for bail modification to its renewal at sentencing (46-1). cc: USA, FPD, USPO |
| 49 - 1 | 11/06/03 | [Re: DEF 2] PLF 1 Sentencing Memorandum. |
| 50 - 1 | 11/06/03 | {SEALED} |
| 51 - 1 | 11/06/03 | DEF 1 Stipulation requesting one day extension to file sentencing memorandum. |
| 52 - 1 | 11/07/03 | [Re: DEF 1] JKS Order granting stip requesting one day ext to file sentencing memo (51-1). cc: USA, FPD |
| 53 - 1 | 11/07/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 54 - 1 | 11/07/03 | {SEALED} |
| 55 - 1 | 11/07/03 | DEF 1 Sentencing Memorandum w/att exhs. |
| 56 - 1 | 11/14/03 | [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore] re IOS hld 11/13/03; sent 18 mos; SR 36 mos; SA $200; Restitution $258,809.03; def to remain on bond & report to USM as directed by PO; on mot of USA remain cts 3-16 of Indt dmssd w/o prejudice. w/att list of exhs & witness |
| 57 - 1 | 11/14/03 | {SEALED} |
| 58 - 1 | 11/14/03 | [Re: DEF 1] JKS Judgment dismissed or Other count(s) 3,4,5,6,7,8,9,10,11,12,13,14,15,16 of the Indictment (1-1); pleaded guilty to count(s) 1,2 of the Indictment (1-1); Sent 18 mos; SR 36 mos; SA $200; Restitution $358,809.03. cc: USA, FPD, USM, USPO, R. Phillips w/cnsls cy, Finance, Flu, MJ Branson |
| 59 - 1 | 11/14/03 | {SEALED} |
| 60 - 1 | 11/21/03 | DEF 1 appeal to 9CCA of (58-1) filed 11/14/03. cc:USA, FPD, USM, PO, Judge Singleton, 9CCA |
| NOTE - 7 | 11/24/03 | Notation (re: Appeal): forwarded appeal to 9CCA. |
| 61 - 1 | 11/24/03 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (60-1) cc:USA, FPD, USM, PO, Judge Singleton, 9CCA (original), ECR |
| 62 - 1 | 12/12/03 | DEF 1 motion to correct judgment filed on shortened time. |
| 63 - 1 | 12/12/03 | DEF 1 Transcript Designation/Order Form re: notice of appeal (60-1)w/ order form. cc:ecr(w/order form) |
| 64 - 1 | 12/16/03 | [Re: DEF 1] JKS Minute Order setting hrg on mot to correct judgment for 12/22/03 at 4:00 p.m. cc: USA, FPD, USM, USPO |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A03-0078--CR (JKS)
                           "USA V RONALD LEE PHILLIPS ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 65 - 1 | 12/17/03 | {SEALED} |
| 66 - 1 | 12/17/03 | [Re: DEF 1] Partial Transcript re: IOS held 11/13/03. |
| 67 - 1 | 12/23/03 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] Hrg on mot to correct judg (dkt 62) Held 12/22/03; granting mot to correct judg fld on shortened time (62-1); judg to be amended to reflect def to self-surrender by 12/30/03; stat hrg 01/05/04 at 4:00 p.m.; def cnsl to file notice def has self-surrendered & if so stat hrg will be vacated. cc: USA, FPD, USM, USPO, ECR |
| 68 - 1 | 12/23/03 | [Re: DEF 1] JKS Judgment (Amended); def sentenced to 18 mos in prison; allowed to self-surrender by 12/30/03; 36 mos SR; $200 SA; $358,809.03. cc: USA, FPD, Def w/USM cy, USM, USPO, MJ Branson, Finance, FLU |
| 69 - 1 | 12/31/03 | DEF 1 Notice of self-surrender and request to vacate hearing. |
| 70 - 1 | 01/02/04 | [Re: DEF 1] JKS Order granting request to vacate 01/05/04 hearing. cc: USA, FPD, USM, USPO |
| 71 - 1 | 01/14/04 | [Re: DEF 1] Partial Transcript re: IOS held 11/13/04 re: notice of appeal (60-1) |
| 72 - 1 | 01/14/04 | [Re: DEF 1] cy 9CCA Certificate of Record. (60-1) cc: FPD, USA, USM, PO, Judge Singleton, 9CCA (original) |
| NOTE - 8 | 02/19/04 | Notation (re: Appeal): FPD CJA Clk forwarded CJA form to 9CCA re: M. Ahearn. |
| 73 - 1 | 02/19/04 | [Re: DEF 1] Copy of Order from 9CCA that FPD's mot to w/d as cnsl is granted. M. Ahearn is appointed. Cert of Record has been filed. Appellant's opening brief and excerpts of record due 3/29/04 appellee's answer due 4/28/04, optional reply brief due w/i 14 days after svc of the answering brief(60-1) cc:USA, FPD, M. Ahearn, Judge Singleton, USM, PO |
| 74 - 1 | 02/19/04 | [Re: DEF 1] CJA appointment of M. Ahearn for appeal. |
| 75 - 1 | 03/08/04 | USM Return of svc of judgment re: DEF 1 executed on 12/30/03 to FPC Sheridan, Sheridan, OR. |
| NOTE - 9 | 04/16/04 | Issued: writ of execution re: DEF 1 on PFD. |
| 76 - 1 | 04/16/04 | [Re: DEF 1] PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| NOTE - 10 | 10/08/04 | Transmittal: Forwarded D.C. record to 9CCA consisting of 2 volumes and 1 sealed. |
| 77 - 1 | 01/14/05 | USM Return of svc on writ of execution re:DEF 1 on FPD not on file. |
| 78 - 1 | 06/13/05 | [Re: DEF 1] CJA appointment of M. Ahearn. |
| 79 - 1 | 06/15/05 | DEF 1 motion to exonerate bond. |
| 80 - 1 | 06/22/05 | [Re: DEF 1] JKS Order granting motion to exonerate bond (79-1). cc: USA, M. Ahearn, Fred's Bail Bonding |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A03-0078--CR (JKS)
                                "USA V RONALD LEE PHILLIPS ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 11 | 06/29/05 | Notation (re: Appeal): D.C. record received from 9CCA consisting of 2 volumes and 1 sealed. |
| 81 - 1 | 07/15/05 | [Re: DEF 1] 9CCA Judgment w/att Order and Memorandum re: notice of appeal (60-1) that the conviction is affirmed and the sentence is vacated and remanded to district for sole purpose of conducting a hearing to determine the fair market value of the buses as of 9/18/02, after which the restitution amount shall be recalculated in accordance with this disposition; D-1 mot to remand case to district court, filed 10/14/04 is denied.  cc:  USA, M. Ahearn, Judge Singleton |
| 82 - 1 | 09/06/05 | [Re: DEF 1] JKS Minute Order re hrg re remand re fair market value of buses (81-1) set for 10/3/05 at 10:00 a.m. cc: USA, M. Ahearn |
| 83 - 1 | 09/21/05 | [Re: DEF 1] PLF 1 Unopposed motion to continue hearing on the issue of recalculation of the restitution amount set in this matter to 1st week of Nov. |
| 84 - 1 | 09/26/05 | [Re: DEF 1] JKS Order granting unoppo mot to continue hrg to 1st week of Nov. (83-1); hrg on issue of recalculation of restitution cont to 11/21/05 @ 1:30 p.m.. cc: USA, M. Ahearn, USM, USPO |
| 85 - 1 | 11/17/05 | DEF 1 Unopposed motion to continue hearing set 11/21/05. |
| 86 - 1 | 11/17/05 | DEF 1 motion for expedited consideration of motion to continue hearing. |
| 87 - 1 | 11/17/05 | [Re: DEF 1] JWS Order granting unoppo mot to continue hrg set 11/21/05 (85-1), mot for expedited consideration of mot to continue hrg (86-1); hrg reset to 12/19/05 @ 1:30 p.m.. cc: USA, M. Ahearn, USM, USPO |
| 88 - 1 | 11/17/05 | DEF 1 Amendment to DEF 1 motion for expedited consideration of motion to continue hearing (86-1). |