Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD LEE PHILLIPS, ) | |
| ) | Case No. 3:03-CR-0078 CR-JKS |
| Defendant. ) | |
| ) | |

**UNOPPOSED MOTION FOR EXYTENSION OF TIME**

Defendant, Ronald Lee Phillips, by and through counsel, Hagans, Ahearn & Webb, moves this Court for an extension of time in which to file his opening hearing brief.

The brief is currently due January 27, 2006.  The Defendant requests an extension until February 10, 2006 in which to file the hearing brief because of the delay in receiving the hearing transcript.

Defendant's counsel has spoken with counsel for the government, and she does not oppose this motion. The simultaneous reply briefs would then be due on February 24, 2006.

DATED at Anchorage, Alaska this 23rd day of January 2006.

>HAGANS, AHEARN AND WEBB
>Attorneys for Defendant
>
>By: ____/s/_____
>Meredith A. Ahearn
>Alaska Bar No. 6903001
>HAGANS, AHEARN & WEBB
>310 K Street, Suite 400
>Anchorage, AK 99501
>(907) 276-5294: Phone
>(907) 276-8732: Fax
>E-mail: haw@alaska.net

CERTIFICATE OF SERVICE
I certify that a copy hereof was served electronically this 27th Day of January 2006, on:

Retta Randall
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99501

____/s/_____
Meredith A. Ahearn
Hagans, Ahearn & Webb