Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD LEE PHILLIPS, ) | |
| ) | Case No. 3:03-CR-0078 CR-JKS |
| Defendant. ) | |
| ) | |

**ORDER**

Defendant's Unopposed Motion for Extension of Time in which to file his opening brief in this case is hereby GRANTED/DENIED.  It is ordered that the brief is now due on February 10, 2006, and simultaneous reply briefs will be due on February 24, 2006.

DATED at Anchorage, Alaska, this ____ day of January 2006.

_____
United States District Court Judge

CERTIFICATE OF SERVICE
I certify that a copy hereof was served
electronically this 27th Day of January 2006,
on:

Retta Randall
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99501


_____/s/_____
Meredith A. Ahearn
Hagans, Ahearn & Webb