Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD LEE PHILLIPS, ) | |
| ) | Case No. 3:03-CR-0078 CR-JKS |
| Defendant. ) | |
| ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant, Ronald Lee Phillips, by and through counsel, Hagans, Ahearn & Webb, moves this Court for an extension of time in which to file his opening hearing brief

The brief is currently due February 10, 2006.  The Defendant requests an extension until February 17, 2006 in which to file the hearing brief because of counsel's absence from her office due to illness.

Defendant's counsel has spoken with counsel for the government, and she does not oppose this motion. The simultaneous reply briefs would then be due on March 9, 2006.

DATED at Anchorage, Alaska this 8th day of February 2006.

>HAGANS, AHEARN AND WEBB
>Attorneys for Defendant
>
>By: _____/s/_____
>Meredith A. Ahearn
>Alaska Bar No. 6903001
>HAGANS, AHEARN & WEBB
>310 K Street, Suite 400
>Anchorage, AK  99501
>(907) 276-5294:  Phone
>(907) 276-8732:  Fax
>E-mail:  haw@alaska.net

CERTIFICATE OF SERVICE
I certify that a copy hereof was served electronically this 9th Day of February 2006, on:

Retta-Rae Randall
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99513

_____/s/_____
Meredith A. Ahearn
Hagans, Ahearn & Webb