Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD LEE PHILLIPS, ) | |
| ) | Case No. 3:03-CR-0078 CR-JKS |
|       Defendant. ) | |
| ) | |

**PROSED ORDER**

Defendant's Unopposed Motion for Extension of Time in which to file his opening brief in this case is hereby GRANTED/DENIED.  It is ordered that the brief is now due on February 17, 2006, and simultaneous reply briefs will be due on March 9, 2006.

DATED at Anchorage, Alaska, this \_\_\_\_ day of January 2006.

                                                                                        United States District Court Judge

CERTIFICATE OF SERVICE
I certify that a copy hereof was served
electronically this 9th Day of February 2006,
on:

Retta Randall
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99501

       /s/
Meredith A. Ahearn
Hagans, Ahearn & Webb