IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>RONALD LEE PHILLIPS,<br><br>                    Defendant. | Case No. 3:03-CR-00078-JKS<br><br><br>O R D E R |

**ORDER**

Defendant's Unopposed Motion for Extension of Time in which to file his opening brief in this case is hereby GRANTED. It is ordered that the brief is now due on February 17, 2006, and simultaneous reply briefs will be due on March 9, 2006.

DATED at Anchorage, Alaska, this 10th day of February, 2006.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

1