Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RONALD LEE PHILLIPS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:03-CR-0078 CR-JKS |

**PROSED ORDER**

Defendant's Unopposed Motion for Extension of Time in which to file his opening brief in this case is hereby GRANTED/DENIED.  It is ordered that the brief is now due on February 21, 2006, and simultaneous reply briefs will be due on March 13, 2006.

DATED at Anchorage, Alaska, this ____ day of January 2006.

_____
United States District Court Judge

CERTIFICATE OF SERVICE
I certify that a copy hereof was served
electronically this 17th Day of February 2006,
on:

Retta Randall
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99501

_____/s/_____
Meredith A. Ahearn
Hagans, Ahearn & Webb