S14053 **ATTACHMENT A**
S14004

| Year | Make | VIN # | | |
|---|---|---|---|---|
| | | | $5000 | IN AK |
| | | | $5000 | IN AK |
| 1980 | MCI MC-5C | #S14126 | 2,500 | |
| 1980 | MCI MC-5C | #S14085 | 2,500 | |
| 1979 | MCI MC-5C | #X5C1000 | ~~2,500~~ 5,000 | PAINTED |
| 1980 | MCI MC-5C | #S14096 | 2,500 | |
| 1980 | MCI MC-5C | #S14106 | 2,500 | |
| 1980 | MCI MC-5C | #S14108 NO TITLE | 0 | |
| 1980 | MCI MC-5C | #S14109 NO TITLE | 0 | |
| 1980 | MCI MC-5C | #S14052 | 2,500 | |
| 1980 | MCI MC-5C | #S14012 | 2,500 | |
| 1980 | MCI MC-5C | #S14028 NO TITLE | 0 | |
| 1980 | MCI MC-5C | #S14051 | 2,500 | |
| 1980 | MCI MC-5C | #S14041 | 2,500 | |
| 1985 | MCI 96A2 | #1TUCCH6A2FR005059 | 10,000 | |
| 1985 | MCI 96A2 | #1TUCCH6A2FR005062 | 10,000 | |
| 1985 | MCI 96A2 | #1TUCCH6A8FR005051 | 2,500 | BAD ENG IN TONAPAH, NV |
| 1985 | MCI 96A2 | #1TUCCH6A7FR005056 | 5,000 | REAR END BAD IN TONAPAH, N |
| 1987 | MCI 102A3 | #1TUFCH6A9HR005933 | 15,000 | BAD INTERIOR |
| 1989 | MCI 102A3 | #1TUFCH6A2JR006699 | 17,000 | BAD INTERIOR |
| 1989 | Vanhool T815 | #YE2TA83B4K2019296 | 25,000 | |
| 1989 | Vanhool | #YE2TB91B8K2015886 | 5,000 | |
| 1986 | 809 Vanhool | #YE2TB91B4G2015813 | 2,500 | DAMAGED IN SHIPPING |
| 1986 | MCI 102A3 | #1TUFCH6A0GR005530 | 15,000 | BAD INTERIOR |
| 1987 | MCI 102A3 | #1TUFCH6A0HR005934 | 15,000 | BAD INTERIOR |
| 1985 | MCI 96A2 | 05048 | 10,000 | IN AK |
| 1989 | T809 VANHOOL | 15867 | 0 | TOTALED IN SHIPPING |

Northwest Bus Sales does not know for certain the wher mentioned vehicles.

_(signature)_
Russell Vandersnick, President, N.W. Bus

_(signature)_ ON BEHALF OF VETER
Gregory Batten, Resident Agent in Charge, V.A.

_(signature)_
Dan Wetherington

_(signature)_
Ronald Phillips

157,000    162,000?

1981 PREVOST  01990 —
$11,000

~~(circled crossed out)~~

(173,000)

EXHI


PLAINTIFF'S EXHIBIT
(JKS)
CASE NO. 7:03-78CL