# NORTHWEST BUS SALES, INC.

407 Porter Way
Milton, WA 98354

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/5/2002 | 2065 |

**BILL TO**
Mace Point Leasing (Alberta) Inc.
1150 Station St.
Vancouver, BC  V6A 2X7

**SHIP TO**
Great Canadian Railtour Co. LTD.
1150 Station St.
Vancouver, BC V6A2X7



| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | Due on receipt | RAV | 12/2/2002 | | MILTON, WA | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 5 | Sales | 1985 MCI 96-A2 VIN#'S<br>1TUCCH6A8FR005048<br>1TUCCH6A2FR005062<br>1TUCCH6A8FR005051<br>1TUCCH6A7FR005056<br>1TUCCH6A2FR005059 | 12,500.00 | 62,500.00 |
| | shipping | SHIP ONE BUS FROM ANCHORAGE TO TACOMA | 3,800.00 | 3,800.00 |
| 2 | Transport | BUSES FROM TONAPAH, NV TO MILTON, WA | 1,900.00 | 3,800.00 |
| 5 | SERVICE | REMOVE ALL DECALS AND GLUE AND BUFF CLEAN | 750.00 | 3,750.00 |
| 6 | SERVICE | ORDER AND INSTALL 6 SIDE WINDOWS | 230.00 | 1,380.00 |
| | SERVICE | INSTALL DROB BOX STYLE REAR END IN 5051 | 4,850.00 | 4,850.00 |
| | SERVICE | INSPECT BUS 5056 FOR POSIBLE BAD HEAD AND REPORT FINDINGS | 80.00 | 80.00 |
| 8 | SERVICE | FIX ALL BROKEN SEAT RECLINE MECHANISMS | 50.00 | 400.00 |
| | PART | PARTS FOR SEATS | 75.00 | 75.00 |
| 5 | SERVICE | REMOVE EXISTING MONITOR BRACKETS AND COVER HOLES TO MATCH | 175.00 | 875.00 |
| 5 | DETAILING | DETAILING OF INTERIOR AND EXTERIOR | 650.00 | 3,250.00 |
| 4 | SERVICE | INSTALL RESTROOM DOOR LATCHES | 25.00 | 100.00 |
| 4 | PART | 4 RESTROOM DOOR LATCHES | 60.00 | 240.00 |
| 4 | SERVICE | CHANGE OIL &FILTER ON ENG. & TRANS. | 360.00 | 1,440.00 |
| 3 | PART | 12R 22.5 TIRE | 285.00 | 855.00 |
| 3 | SERVICE | REPLACE 3 TIRES THAT ARE NOT LEGAL | 35.00 | 105.00 |
| 16 | SERVICE | CHECK ALL LIGHTS FOR PROPER OPERATING CONDITION INTERIOR AND EXTERIOR. OVER HALF OF ALL INTERIOR LIGHTS NEEDED REPLACED | 50.00 | 800.00 |
| | PART | 24 INTERIOR FLOURESCENT BULBS NEEDED REPLACED PLUS 8 CLEARANCE AND 3 HEADLIGHTS AND 1 BRAKE LIGHT | 350.00 | 350.00 |
| | Transport | ONE BUS TO KAMLOOPS CANADA | 750.00 | 750.00 |
| 2 | SERVICE | OFFLOAD 2 BUSES FROM TONAPAH | 200.00 | 400.00 |
| | SERVICE | LOAD ONE BUS ON TRUCK FOR KAMLOOPS | 200.00 | 200.00 |
| | | Sales Tax | 8.80% | 0.00 |

Thank you for your business.

**Total** $90,000.00