

# NORTHWEST
## BUS SALES, INC.

CONTRACT BETWEEN NORTHWEST BUS SALES
AND GREGORY BRATTEN OF THE VETERANS AFFAIRS

DATED 9/18/02

Northwest Bus Sales (N.W. Bus) and Gregory Bratten of Veterans Affairs (V.A.) have mutually agreed to the terms below for the sale of the equipment in (Attachment A):

Upon sale of the first unit N.W.Bus will pay off all debts owed not exceeding the sale price of the first unit less N.W.Bus's commission. Any remaining debts will be paid on the following sales. The list of debtors includes: Sorrento Ent., Wescraft RV., TGR Logistic, Dan Wetherington, Craig Nellis Mini Storage and Bumpers Towing.

The price of relocating vehicles to N.W.Bus's location will be deducted from the strike price.

N.W.Bus warrants that it will use its best efforts in achieving individual strike prices. But if certain individual strikes cannot be achieved, N.W.Bus and the V.A. agree to renegotiate strike prices accordingly.

It is agreed between N.W.Bus, the V.A. and Dan Wetherington that the titles will be disbursed by Dan upon individual sales by N.W.Bus. N.W.Bus and the V.A. have seen and copied 21 titles. 3 of the titles are known to be lost (MC5C's).

N.W.Bus is not liable for any loss due to theft, fire, etc.

All funds due to the V.A. will be held in trust and turned over to the V.A. only. The previous owner, Ronald Phillips will not receive any funds whatsoever unless directed by the V.A.

N.W.Bus will disburse funds to individual debtors under direction of V.A. Disbursment will be for amounts owed in full except for any debtors holding liens on buses included in attachment A. Any individual holding a lien will be responsible for collecting his or her own debt.



107 Porter Way, Milton, WA 98354 • 1-800-231-7099 • (253) 922-2974 • Fax (253) 922-8303

## ATTACHMENT A

| Year Make | VIN # | Strike Price |
|---|---|---|
| 1980 MCI MC-5C | #S14126 | |
| 1980 MCI MC-5C | #S14085 | |
| 1979 MCI MC-5C | #X5C1000 | |
| 1980 MCI MC-5C | #S14096 | |
| 1980 MCI MC-5C | #S14106 | |
| 1980 MCI MC-5C | #S14108 | |
| 1980 MCI MC-5C | #S14109 | |
| 1980 MCI MC-5C | #S14052 | |
| 1980 MCI MC-5C | #S14012 | |
| 1980 MCI MC-5C | #S14028 | |
| 1980 MCI MC-5C | #S14051 | |
| 1980 MCI MC-5C | #S14041 | $80,000.00 (ALL 12) |
| 1985 MCI 96A2 | #1TUCCH6A2FR005059 | $17,500.00 |
| 1985 MCI 96A2 | #1TUCCH6A2FR005062 | $17,500.00 |
| 1985 MCI 96A2 | #1TUCCH6A8FR005051 | $17,500.00 |
| 1985 MCI 96A2 | #1TUCCH6A7FR005056 | $17,500.00 |
| 1987 MCI 102A3 | #1TUFCH6A9HR005933 | $27,000.00 |
| 1989 MCI 102A3 | #1TUFCH6A2JR006699 | $31,900.00 |
| 1989 Vanhool T815 | #YE2TA83B4K2019296 | $41,000.00 |
| 1989 Vanhool | #YE2TB91B8K2015886 | $20,000.00 |
| 1986 809Vanhool | #YE2TB91B4G2015813 | $10,000.00 |
| 1986 MCI 102A3 | #1TUFCH6A0GR005530 | $24,800.00 |
| 1987 MCI 102A3 | #1TUFCH6A0HR005934 | $27,000.00 |

Northwest Bus Sales does not know for certain the whereabouts or condition of above mentioned vehicles.

_____
Russell Vandersnick, President, N.W.Bus

_____  ON BEHALF of VETERANS AFFAIRS
Gregory Bratten, Resident Agent in Charge, V.A.

_____
Dan Wetherington

_____
Ronald Phillips