S14053 **ATTACHMENT A**  $5000 IN AK
S14004                                   85000 IN AK

| Year | Make | VIN # | |
|---|---|---|---|
| 1980 | MCI MC-5C | #S14126 | 2,500 |
| 1980 | MCI MC-5C | #S14085 | 2,500 |
| 1979 | MCI MC-5C | #X5C1000 | ~~2,500~~ 5,000 PAINTED |
| 1980 | MCI MC-5C | #S14096 | 2,500 |
| 1980 | MCI MC-5C | #S14106 | 2,500 |
| 1980 | MCI MC-5C | #S14108 NO TITLE | 0 |
| 1980 | MCI MC-5C | #S14109 NO TITLE | 0 |
| 1980 | MCI MC-5C | #S14052 | 2,500 |
| 1980 | MCI MC-5C | #S14012 | 2,500 |
| 1980 | MCI MC-5C | #S14028 NO TITLE | 0 |
| 1980 | MCI MC-5C | #S14051 | 2,500 |
| 1980 | MCI MC-5C | #S14041 | 2,500 |
| 1985 | MCI 96A2 | #1TUCCH6A2FR005059 | 10,000 |
| 1985 | MCI 96A2 | #1TUCCH6A2FR005062 | 10,000 |
| 1985 | MCI 96A2 | #1TUCCH6A8FR005051 | 2,500 BAD ENG IN TONAPAH, NV |
| 1985 | MCI 96A2 | #1TUCCH6A7FR005056 | 5,000 REAR END BAD IN TONAPAH, N |
| 1987 | MCI 102A3 | #1TUFCH6A9HR005933 | 15,000 BAD INTERIOR |
| 1989 | MCI 102A3 | #1TUFCH6A2JR006699 | 17,000 BAD INTERIOR |
| 1989 | Vanhool T815 | #YE2TA83B4K2019296 | 25,000 |
| 1989 | Vanhool | #YE2TB91B8K2015886 | 5,000 |
| 1986 | 809 Vanhool | #YE2TB91B4G2015813 | 2,500 DAMAGED IN SHIPPING |
| 1986 | MCI 102A3 | #1TUFCH6A0GR005530 | 15,000 BAD INTERIOR |
| 1987 | MCI 102A3 | #1TUFCH6A0HR005934 | 15,000 BAD INTERIOR |
| 1985 | MCI 96A2 | 05048 | 10,000 IN AK |
| 1989 | T809 VANHOOL | 15867 | 0 TOTALED IN SHIPPING |

Northwest Bus Sales does not know for certain the wher mentioned vehicles.

~~...~~  157,000   162,000?

1981 PREVOST 01990 —

$11,000

~~164,000~~  (173,000)

_____
Russell Vandersnick, President, N.W. Bus

_____
Gregory Bratten, Resident Agent in Charge, V.A.    ON BEHALF of VETER

_____
Dan Wetherington

_____
Ronald Phillips

EXHI


PLAINTIFF'S EXHIBIT (JKS)
CASE NO. 3:03-78CR