## FMV Estimates - Russell Vandersnick

| Year/ Make | Vin # | Description | Price |
|---|---|---|---|
| **14MIC MC-5C's** | | | |
| MC-5C | #514053 | in AK           p. 14 | $5,000 |
| MC-5C | #514004 | in AK           p. 14 | $5,000 |
| 1980 MCI MC-5C | #S14126 | poor condition   p. 15 | $2,500 |
| 1980 MCI MC-5C | #S14085 | | $2,500 |
| 1979 MCI MC-5C | #X5C1000 | painted, more sale-ready condition p. 15, 17 | $5,000 |
| 1980 MCI MC-5C | #S14096 | poor condition   p. 15 | $2,500 |
| 1980 MCI MC-5C | #S14106 | | $2,500 |
| 1980 MCI MC-5C | #S14108 | no Title       p. 16 | $0 |
| 1980 MCI MC-5C | #S14109 | no Title       p.16 | $0 |
| 1980 MCI MC-5C | #S14052 | | $2,500 |
| 1980 MCI MC-5C | #S14012 | | $2,500 |
| 1980 MCI MC-5C | #S14028 | no Title       p.16 | $0 |
| 1980 MCI MC-5C | #S14051 | | $2,500 |
| 1980 MCI MC-5C | #S14041 | | $2,500 |
| **5 MCI 96-A2'S** | | | |
| 1985 MCI 96-A2 | #1TUCCH6A2FR005059 | 2 axle, not legal in all states              P.17-18 | $10,000 |
| 1985 MCI 96-A2 | #1TUCCH6A2FR005062 | | $10,000 |
| 1985 MCI 96-A2 | #1TUCCH6A8FR005051 | bad engine; in Tonadah, NV | $2,500 |
| 1985 MCI 96-A2 | #1TUCCH6A7FR005056 | read end bad, in Tonadah, NV | $5,000 |
| 1985 MCI 96-A2 | 05048 | in AK           p.23 | $10,000 |
| **4  MCI 102-A3'S** | | | |
| 1987 MCI 102-A3 | #1TUFCH6A9HR005933 | interior very poor, needed paint              P.19-20 | $15,000 |
| 1989 MCI 102-A3 | #1TUFCH6A2JR006699 | bad interior, missing seats     p.20 | $17,000 |

**EXHIBIT 2A**

| 1986 MCI 102-A3 | #1TUFCH6A0GR005530 | bad interior           p.23 | $15,000 |
|---|---|---|---|
| 1987 MCI 102-A3 | #1TUFCH6A0HR005934 | bad interior           P.23 | $15,000 |
| **1 Vanhool T815** | | | |
| 1989 Vanhool T815 | #YE2TA83B4K2019296 | moderate body damage, overall nice interior           p. 21 | $25,000 |
| **3 T809 Vanhools** | | | |
| 1989 Vanhool | #YE2TB91B8K2015886 | interior poor, engine smoked, not sale ready           p. 21 | $5,000 |
| 1986 809Vanhool | #YE2TB91B4G2015813 | damaged in shipping/hit bridge           P.21 | $2,500 |
| 1989 T809 Vanhool | 15867 | totaled in shipping     pp. 14, 22 | $0 |
| **1 1981 Prevost** | | | |
| 1981 Prevost | 01990 | in AK | $11,000 |
| **TOTAL** | | | **$178,000** |