## ATTACHMENT A

| Year Make | VIN # | |
|---|---|---|
| | | 4500 |
| | | 4500 |
| 1980 MCI MC-5C | #S14126 | 3,000 |
| 1980 MCI MC-5C | #S14085 | 3,000 |
| 1979 MCI MC-5C | #X5C1000 | ~~3000~~ 5,500 |
| 1980 MCI MC-5C | #S14096 | 3,000 |
| 1980 MCI MC-5C | #S14106 | 3,000 |
| 1980 MCI MC-5C | #S14108 | 0 |
| 1980 MCI MC-5C | #S14109 | 0 |
| 1980 MCI MC-5C | #S14052 | 3,000 |
| 1980 MCI MC-5C | #S14012 | 3,000 |
| 1980 MCI MC-5C | #S14028 | 0 |
| 1980 MCI MC-5C | #S14051 | 8,000 |
| 1980 MCI MC-5C | #S14041 | 3,000 |
| 1985 MCI 96A2 | #1TUCCH6A2FR005059 | 3,000 |
| 1985 MCI 96A2 | #1TUCCH6A2FR005062 | 17,000 |
| 1985 MCI 96A2 | #1TUCCH6A8FR005051 | 17,000  2500 ENG / 7500 REAR END |
| 1985 MCI 96A2 | #1TUCCH6A7FR005056 | 17,000 |
| 1987 MCI 102A3 | #1TUFCH6A9HR005933 | 17,000 |
| 1989 MCI 102A3 | #1TUFCH6A2JR006699 | 17,000 |
| 1989 Vanhool T815 | #YE2TA83B4K2019296 | 10,000 |
| 1989 Vanhool | #YE2TB91B8K2015886 | 2,000 |
| 1986 809 Vanhool | #YE2TB91B4G2015813 | 17,000 |
| 1986 MCI 102A3 | #1TUFCH6A0GR005530 | ~~~~ |
| 1987 MCI 102A3 | #1TUFCH6A0HR005934 | 14,000 |

5084
15867

Northwest Bus Sales does not know for certain the where mentioned vehicles.

PREVOST  10,000

*(signature)*
Russell Vandersnick, President, N.W. Bus

189,500

*(signature)* ON BEHALF of VETER
Gregory Patten, Resident Agent in Charge, V.A.

*(signature)*
Dan Wetherington

*(signature)*
Ronald Phillips

EXHI

