## FMV Estimates - Don Weatherington

| Year/ Make | Vin # | Description | Price |
|---|---|---|---|
| **14 MIC MC-5C's** | | | |
| MC5C | #514053 | in AK, sale ready    p. 77 | $4,500 |
| MC5C | #514004 | in AK, sale ready    p. 77 | $4,500 |
| 1980 MCI MC-5C | #S14126 | p. 79 | $3,000 |
| 1980 MCI MC-5C | #S14085 | p. 79 | $3,000 |
| 1979 MCI MC-5C | #X5C1000 | | $5,500 |
| 1980 MCI MC-5C | #S14096 | | $3,000 |
| 1980 MCI MC-5C | #S14106 | | $3,000 |
| 1980 MCI MC-5C | #S14108 | no Title,    p. 81 | $0 |
| 1980 MCI MC-5C | #S14109 | no Title,    p. 81 | $0 |
| 1980 MCI MC-5C | #S14052 | | $3,000 |
| 1980 MCI MC-5C | #S14012 | | $3,000 |
| 1980 MCI MC-5C | #S14028 | no Title | $0 |
| 1980 MCI MC-5C | #S14051 | | $3,000 |
| 1980 MCI MC-5C | #S14041 | | $3,000 |
| **5 MCI 96-A2's** | | | |
| 1985 MCI 96-A2 | #1TUCCH6A2FR005059 | | $17,000 |

**EXHIBIT 3A**

| | | | |
|---|---|---|---|
| 1985 MCI 96-A2 | #1TUCCH6A2FR005062 | | $17,000 |
| 1985 MCI 96-A2 | #1TUCCH6A8FR005051 | engine problem | $2,500 |
| 1985 MCI 96-A2 | #1TUCCH6A7FR005056 | rear end problem | $7,500 |
| 1985 MCI 96-A2 | 05048 | p. 85 | $17,000 |
| **4 MCI 102-A3's** | | | |
| 1987 MCI 102-A3 | #1TUFCH6A9HR005933 | | $17,000 |
| 1989 MCI 102-A3 | #1TUFCH6A2JR006699 | | $17,000 |
| 1986 MCI 102-A3 | #1TUFCH6A0GR005530 | stick shift, not worth as much | $14,000 p.76 |
| 1987 MCI 102-A3 | #1TUFCH6A0HR005934 | | $17,000 p. 76 |
| **1 Vanhool T815** | | | |
| 1989 Vanhool T815 | #YE2TA83B4K2019296 | | $17,000 |
| **3 T809 Vanhools** | | | |
| 1989 Vanhool | #YE2TB91B8K2015886 | | $10,000 |
| 1986 809Vanhool | #YE2TB91B4G2015813 | | $2,000 |
| 1989 T809 Vanhool | 15867 | | $0 |
| **1 1981 Prevost** | | | |
| 1981 Prevost | 01990 | in AK | $10,000 |
| **TOTAL** | | | **$203,000** |