Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>       Plaintiff, )<br>  )<br>v. )<br>  )<br>RONALD LEE PHILLIPS, )<br>  )<br>       Defendant. )<br>_____ ) | Case No. 3:03-cr-0078-JKS |

## MOTION TO ACCEPT LATE-FILED BRIEF

Defendant, Ronald Lee Phillips, by and through counsel of record, requests this Court to accept his late-filed Hearing Brief in order to allow Defendant an opportunity to meet with counsel prior to filing to request some changes to the Brief. Defendant's Brief was due February 21, 2006.

DATED at Anchorage, Alaska this 22nd day of February 2006.

           HAGANS, AHEARN AND WEBB
           Attorneys for Defendant

           By: __/s/_____
           Meredith A. Ahearn
           Alaska Bar No. 6903001
           HAGANS, AHEARN & WEBB
           310 K Street, Suite 400
           Anchorage, AK  99501
           (907) 276-5294:  Phone
           (907) 276-8732:  Fax
           E-mail:  haw@alaska.net

CERTIFICATE OF SERVICE
I certify that a copy hereof was served
electronically this 22 day of February 2006,
on:

Retta-Rae Randall
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513


_____/s/_____
Meredith A. Ahearn
Hagans, Ahearn & Webb