Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RONALD LEE PHILLIPS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:03-CR-0078 CR-JKS |

**ORDER**

Defendant's Unopposed Motion for Extension of Time in which to file his opening brief in this case is hereby GRANTED.  It is ordered that the brief is now due on February 21, 2006, and simultaneous reply briefs will be due on March 13, 2006.

DATED at Anchorage, Alaska, this 22 day of January 2006.

　　　　　　　　　　　　　　　　　　　　/s/James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　United States District Court Judge