Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294
Attorney for Defendant

UNITED STATES DISTRICT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>      v.  )<br>  )    Case No. 3:03-CR-0078 CR-JKS<br>RONALD LEE PHILLIPS,  )<br>  )<br>            Defendant.  )<br>_____) | |

**ORDER**

Defendant's Motion to Accept Late Filed Brief in this case is hereby GRANTED.

DATED at Anchorage, Alaska, this 24th day of January 2006.

/s/ James K. Singleton, Jr.
United States District Court Judge