RESTITUTION VALUES

| Bus Year/Make | Vin # | Strike Price plus Buses added to Original List | Mr. Belanger's fair market value |
|---|---|---|---|
| **14 MCI- MC-5C's:** | | | |
| MC-5C | #514053 (added) AK | 6,666.00 | 20,000.00 AK |
| MC-5C | #514004 (added( AK | 6,666.00 | 20,000.00 AK |
| 1980 MCI MC-5C | #S14126 | 6,666.00 | 10,200.00 |
| 1980 MCI MC-5C | #S14085 | 6,666.00 | 10,200.00 |
| 1979 MCI MC-5C | #X5C100 | 6,666.00 | 10,200.00 |
| 1980 MCI MC-5C | #S14096 | 6,666.00 | 10,200.00 |
| 1980 MCI MC-5C | #S14106 | 6,666.00 | 10,200.00 |
| 1980 MCI MC-5C | #S14108 | 6,666.00 | 10,200.00 |
| 1980 MCI MC-5C | #S14109 | 6,666.00 | 10,200.00 |
| 1980 MCI MC-5C | #S14052 | 6,666.00 | 10,200.00 |
| 1980 MCI MC-5C | #S14012 | 6,666.00 | 10,200.00 |
| 1980 MCI MC-5C | #S14028 | 6,666.00 | 10,200.00 |
| 1980 MCI MC-5C | #S14051 | 6,666.00 | 10,200.00 |
| 1980 MCI MC-5C | #S14041 | 6,666.00 | 10,200.00 |
| | | | |
| **5 MCI 96-A2's:** | | | |
| 1985 MCI 96-A2 | #1TUCCH6A2FR005059 | 17,500.00 | 25,000.00 (average) |
| 1985 MCI 96-A2 | #1TUCCH6AFR005062 | 17,500.00 | 25,000.00 AK |
| 1985 MCI 96-A2 | #1TUCCH6A8FR005051 | 17,500.00 | 25,000.00 |
| 1985 MCI 96-A2 | #1TUCCH6A7FR005056 | 17,500.00 | 25,000.00 |
| 1985 MCI 96-A2 | #05048 | 17,500.00 | 25,000.00 |
| | | | |
| **4 MCI 102-A3's:** | | | |
| 1987 MCI-102-A3 | #1TUFCH6A9HR005933 | 27,000.00 | 30,000.00 AK |
| 1989 MCI-102-A3 | #1TUFCH6A2R006699 | 31,900.00 | 30,000.00 |
| 1986 MCI-102-A3 | #1TUFCH6A0GR005530 | 24,800.00 | 30,000.00 |
| 1987 MCI-102-A3 | #1TUFCH6A0HR005934 | 27,000.00 | 30,000.00 |
| | | | |
| **1 Vanhool T815:** | | | |
| 1989 Vanhool T815 | #YETB91B4K2019296 | 41,000.00 | 41,000.00 |
| | | | |
| **3 T809 Vanhools:** | | | |
| 1989 Vanhool | # YETB91B8K2015886 | 20,000.00 | 30,000.00 |
| 1986 809 Vanhool | # YETB91B4G2015813 | 10,000.00 | 20,000.00 |
| 1989 T809 Vanhool | #15867 (added) | 20,000.00 | 20,000.00 |
| | | | |
| **1 1981 Prevost:** | | | |
| 1981 Prevost AK | #01990 (added) | 30,000.00 | 30,000.00 AK |
| | | | |

**RESTITUTION VALUES(Continued)**

| Bus | | Strike Price plus Buses added to Original List | Mr. Belanger's fair market value |
|---|---|---|---|
| Year/Make | Vin # | | |
| **2 Ford Motorcoaches**: | | | |
| Ford Motorcoach | #93324 | 20,000.00 | 20,000.00 |
| Ford Motorcoach | #87500 | 20,000.00 | 20,000.00 |
| Subtotal | | $472,542.00 | $588.800.00 |
| | | | |
| Bus improvement (money to D. Weatherington unaccounted for) | | 80,000.00 | 80,000.00 |
| | | | |
| Transport to Alaska @ $5,000 (paid to transporters) | | 25,000.00 | 25,000.00 |
| | | | |
| **TOTAL:** | | **$577,524.00** | **$693,800.00** |

AK denotes buses in Alaska.