Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD LEE PHILLIPS, ) | |
| ) | Case No. 3:03-cr-0078-JKS |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEAL

Defendant, Ronald Lee Phillips, by and through counsel, Hagans, Ahearn & Webb, hereby gives notice of his appeal from the judgment entered on remand by the Hon. James K. Singleton, Jr. on June 12, 2006.

DATED at Anchorage, Alaska this ____ day of July 2006.

         HAGANS, AHEARN AND WEBB
         Attorneys for Defendant


         By: __/s/_____
         Meredith A. Ahearn
         Alaska Bar No. 6903001
         HAGANS, AHEARN & WEBB
         310 K Street, Suite 400
         Anchorage, AK  99501
         (907) 276-5294:  Phone
         (907) 276-8732:  Fax
         E-mail:  haw@alaska.net


CERTIFICATE OF SERVICE
I certify that a copy hereof was served
electronically this ___ day of July 2006,
on:

Retta-Rae Randall
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513


_____/s/_____
Meredith A. Ahearn
Hagans, Ahearn & Webb