Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD LEE PHILLIPS, ) | |
| ) | Case No. 3:03-cr-0078-JKS |
| Defendant. ) | |
| ) | |

### ERRATA RE: NOTICE OF APPEAL

This document corrects the Notice Of Appeal filed and served June 29, 2006. Defendant, Ronald Lee Phillips, by and through counsel, Hagans, Ahearn & Webb, hereby gives notice of his appeal from the judgment entered on remand by the Hon. James K. Singleton, Jr. on June 12, 2006.

DATED at Anchorage, Alaska this 29day of June 2006.

        HAGANS, AHEARN AND WEBB
        Attorneys for Defendant


        By:   /s/                
        Meredith A. Ahearn
        Alaska Bar No. 6903001
        HAGANS, AHEARN & WEBB
        310 K Street, Suite 400
        Anchorage, AK  99501
        (907) 276-5294:  Phone
        (907) 276-8732:  Fax
        E-mail:  haw@alaska.net

CERTIFICATE OF SERVICE
I certify that a copy hereof was served electronically this 29 day of June 2006, on:

Retta-Rae Randall
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513


      /s/                         
Meredith A. Ahearn
Hagans, Ahearn & Webb