# 06-30393

7-14-06
7-14-06    HC
HC

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED

JUL 1 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title:  USA v Ronald Lee Phillips
Court of Appeals No. (leave blank if unassigned):  _____
U.S. District Court Judge Name and Case No.:  James K. Singleton; 3:03-cr-00078-01-JKS
Date Complaint/Indictment/Petition Filed: 3/20/03
Date Appealed Order/Judgment *entered*:  6/12/06
Date NOA *filed*:  6/30/06
COA Status (check one):
_n/a_ granted in full (attach order)    _n/a_ denied in full (send record)
_n/a_ granted in part (send record)    _n/a_ pending

Court Reporter(s) Name and Phone Number:  Carolyn Edmiston (907) 677-6103, Debby Willoughby-
Lyons (no longer employed here), Robin Carter (907) 677-6127, Denali Elmore, (907) 677-6137,
April Karper (907) 677-6102.

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:  No     Date Docket Fee billed:  n/a
Date FP granted:  4/29/03     Date FP denied:  n/a
Is FP pending?  no     Was FP Limited/Revoked? No
US Government Appeal?    no
Companion Cases?  Please list:  _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION: (please include e-mail address and fax number)**
Appellate Counsel:                              Appellee Counsel:
Meredith Appel Ahearn                          Retta-Rae Randall
Hagans, Ahearn, et al.                         U.S. Attorney's Office (Anch)
310 K Street, Suite 400                        222 W 7th Avenue, #9
Anchorage, AK  99501                           Anchorage, AK  99513
haw@alaska.net                                 rettarae.randall@usdoj.gov
fax: 907-276-8732                              fax:  907-271-1500

__retained    _X_ CJA    __FPD    __FPD    __Other  Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _          Address: _
Custody: _              —
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _          9th Circuit Docket Number: _

Name and phone number of person completing this form:  Pam Richter
                                                        907-677-6125