IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>　vs.<br>RONALD LEE PHILLIPS,<br>　　　　　　　Defendant. | Case No. 3:03-cr-00078-JKS<br><br>O R D E R |

　　　　The Court is in receipt of an order from the Ninth Circuit, a copy of which is attached, directing it to notify Ronald Lee Phillips that his appeal is untimely and to provide him an opportunity to show cause why excusable neglect should relieve him of any default, allowing his appeal to go forward.  *See* Fed. R. App. P. 4(b)(4), as interpreted in *United States v. Solarz*, 547 F.2d 108, 112 (9th Cir. 1976).  The judgment in this case was entered on June 12, 2006, and the circuit has concluded that an appeal should have been filed within ten days of that date, but that excusable neglect could authorize up to twenty additional days.  Since it appears that Phillips filed within thirty days on June 30, 2006, he need only show excusable neglect in order to perfect his appeal.  Phillips should file his memorandum and supporting affidavits on or before **Wednesday, August 9, 2006.**  What Phillips must show in order to establish excusable neglect is discussed in *Pincay v. Andrews*, 389 F.3d 853 (9th Cir. 2004) (en banc) (discussing *Pioneer Inv. Serv. Co. v. Brunswick Ltd. P'ship*, 507 U.S. 380 (1993)).  This Court will timely rule on or shortly after August 9, 2006, and return this case to the appellate court.

　　**IT IS SO ORDERED.**

　　Dated at Anchorage, Alaska, this 2nd day of August 2006.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge