UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 31 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30393 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00078-A-JKS<br>District of Alaska,<br>Anchorage |
| v. | |
| RONALD LEE PHILLIPS, | ORDER |
| Defendant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner

On June 30, 2006, appellant filed a notice of appeal from the judgment entered by the district court on June 12, 2006. Because the notice of appeal was filed more than 10 court days after entry of judgment, but within 30 calendar days after the expiration of the time to file the notice of appeal, this case is remanded to the district court, pursuant to circuit court policy, for the limited purpose of permitting the district court to provide appellant notice and an opportunity to request that the time for filing the notice of appeal be extended for a period not to exceed 30 calendar days from the expiration of the time for filing a notice of appeal based on a showing of excusable neglect. *See* Fed. R. App. P. 4(b)(4); *United States v. Prairie Pharmacy, Inc.*, 921 F.2d 211, 212 (9th Cir. 1990); *United States v. Stolarz*, 547 F.2d 108, 112 (9th Cir. 1976).

The district court is requested to make this determination at its earliest convenience and to send to this court a copy of its order setting forth the basis for its determination.

06-30393

This order shall be served by facsimile transmission on the district court.

The proceedings in this court are held in abeyance pending the district court's determination.

*Peter L. [signature]*
General Order 6.3(e)