HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
907-276-5294 telephone
907-276-8732 fax

Linda Anna Webb
Attorney for Defendant-Appellant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>     Plaintiff,  )<br>  vs.  )<br>  )<br>ELISABETH COLE,  )<br>  )<br>Defendant  )<br>_____) | District Court No. A03-0165-CR (JKS) |

ENTRY OF APPEARANCE

    Linda A. Webb gives notice to the court of her entry of appearance as co counsel for Elisabeth Cole, Defendant, in the above-captioned case.  Please serve all pleadings on the Law Office of HAGANS AHEARN & WEBB electronically at haw@alaska.net.

    Dated 24 day of May, 2006 at Anchorage, Alaska.

                                                    Hagans Ahearn and Webb

                                                    _____
                                                    Linda A. Webb
                                                    Alaska Bar No. 88006148

\*\*\*

\*\*\*

DATED at Anchorage, Alaska, this _____ day of May 2006.

                HAGANS AHEARN & WEBB
                Attorneys for Defendant-Appellant

By: _____
     Linda A. Webb
     Alaska Bar No. 8806148

**CERTIFICATE OF SERVICE**

I certify that on the ___ day of March 2005, a copy of the foregoing document was served by fax/mail/hand delivery on:

Crandon Randell
Assistant U.S. Attorney
Federal Building U.S. Courthouse
222 West 7th Avenue, #9 Room 253
Anchorage, AK  99513-7567

_____
Hagans, Ahearn & Webb
*6406*