Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD LEE PHILLIPS, ) | |
| ) | Case No. 3:03-cr-0078-JKS |
| Defendant. ) | |
| ) | |

**AFFIDAVIT OF COUNSEL**

1. I am the counsel for Defendant Ronald Phillips.

2. Mr. Phillips advised that he wished to appeal the order of this Court on remand regarding restitution.

3. When the order came into my office, it was calendared, along with several matters by my secretary.

4. I filed the Notice of appeal not realizing that it had been improperly calendared.

5. Pleadings are normally calendared in two places in my office, but for some reason, this order was not. This was an inadvertent mistake which I unfortunately did not catch.

6. The failure to file timely was not the fault of Mr. Phillips and he should not be penalized for it.

Further Affiant Sayeth Naught.

DATED at Anchorage, Alaska this 8th day of July 2006.

_____
Meredith A. Ahearn

Signed and sworn to before me this 8th day of July 2006.

Linda A. Webb /s/
My Commission expires: 6/8/08

CERTIFICATE OF SERVICE
I certify that a copy hereof was served electronically this 8th day of July 2006, on:

Retta-Rae Randall
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513

        /s/
_____
Meredith A. Ahearn
Hagans, Ahearn & Webb

**United States v. Phillips**, Case No. 3:03-cr-0078-JKS                    Page 2 of 2
**Affidavit of counsel**