Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD LEE PHILLIPS, ) | |
| ) | Case No. 3:03-cr-0078-JKS |
| Defendant. ) | |
| ) | |

NOTICE OF FILING CORRECTED DOCUMENT

The document at 123 was filed in error.  The correct is DOCUMENT is filed herewith.

DATED at Anchorage, Alaska this 13th day of March 2006.

        HAGANS, AHEARN AND WEBB

        Attorneys for Defendant

          By:   /s/
Meredith A. Ahearn
Alaska Bar No. 6903001
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294: Phone
(907) 276-8732: Fax
E-mail: haw@alaska.net

CERTIFICATE OF SERVICE
I certify that a copy hereof was served electronically this 8th day of July 2006, on:

Retta-Rae Randall
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513

    /s/
Meredith A. Ahearn
Hagans, Ahearn & Webb