Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD LEE PHILLIPS, ) | |
| ) | Case No. 3:03-cr-0078-JKS |
| Defendant. ) | |
| ) | |

**DEFENDANT'S RESPONSE TO ORDER RE; NOTICE OF APPEAL**

   Defendant, Ronald Phillips, by and through counsel, Meredith A. Ahearn, filed a Notice of Appeal from the Second Amended Judgment of this Court dated June 12, 2006,on June 30, 2006.  The Notice was not filed within the 10-day time for filing a Notice of Appeal.  This was unintentional and falls within the definition of "excusable neglect" as set out in *Pincay v. Andrews, 389 F3d 853 (9th Cir 2004)*in that there was no prejudice to the government, the length of the delay was

minimal, the failure to file was not intentional and the Defendant does wish to appeal the Court's order. This pleading is supported by the appended affidavit of counsel.

DATED at Anchorage, Alaska this 8th day of July 2006.

> HAGANS, AHEARN AND WEBB
> Attorneys for Defendant
>
> By: ___/s/_____
> Meredith A. Ahearn
> Alaska Bar No. 6903001
> HAGANS, AHEARN & WEBB
> 310 K Street, Suite 400
> Anchorage, AK  99501
> (907) 276-5294:  Phone
> (907) 276-8732:  Fax
> E-mail:  haw@alaska.net

CERTIFICATE OF SERVICE
I certify that a copy hereof was served electronically this 8th day of July 2006, on:

Retta-Rae Randall
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513


_____/s/_____
Meredith A. Ahearn
Hagans, Ahearn & Webb