IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　vs.<br>RONALD LEE PHILLIPS,<br>　　　　　　　Defendant. | Case No. 3:03-cr-00078-JKS<br><br>O R D E R |

　　　　The Ninth Circuit has directed this Court to give Ronald Lee Philips notice and an opportunity to show excusable neglect in order to appeal this Court's decision setting restitution. *See* Docket No. 122, Attachment #1.

　　　　Phillips now establishes that he timely informed his counsel that he wished to appeal the restitution order, and counsel candidly concedes that she missed the deadline for appeal and traces her error to faulty calendering. Docket Nos. 124 (Response); 125 (Affidavit). Counsel's explanation would not have established excusable neglect under prior Ninth Circuit law, which required something beyond counsel's control to show excuse; however, that law has been liberalized since *Pioneer Inv. Serv. Co. v. Brunswick Ltd. P'ship*, 507 U.S. 380 (1993). *See Pincay v. Andrews*, 389 F.3d 853 (9th Cir. 2004) (en banc). Under the new standards it appears that the delay in filing the appeal should be forgiven and the appeal decided on its merits. The delay was short, Phillips is not to be faulted personally, nor is there any suggestion of bad faith or intentional delay. The Court is not aware of other cases where defense counsel has missed deadlines. No history of dilatory practice exists in this case. Finally, the direction from the Ninth Circuit was to afford Phillips an opportunity to be heard. As no mention was made of

hearing from the government, the government was not directed to file a response.  But given the short delay, it is difficult to see how the government could have been prejudiced.  Since any appeal will be decided on the existing record, the delay could not have altered the litigation position of a party.

In short, while the Ninth Circuit has not developed the discussion presented in the majority and dissenting positions in *Pincay*, it appears that Phillips should be relieved of any forfeiture and allowed to perfect his appeal.  In the exercise of its discretion, this Court finds "excusable neglect" and extends the appeal time limits accordingly.  The Clerk is instructed to send a copy of this Order to the Ninth Circuit.

**IT IS SO ORDERED**.

Dated at Anchorage, Alaska, this 11th day of August 2006.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

ORDER

F:\HOME\JUDGES\DOCS\SHARED\CR\D.AK 2003\A03-0078.007.wpd