UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
OCT 0 2 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30393 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00078-JKS District of Alaska, Anchorage |
| v. | |
| RONALD LEE PHILLIPS, | ORDER |
| Defendant - Appellant. | |

RECEIVED
OCT 0 5 2006
CLERK, U.S. ......... COURT
ANCHORAGE, ALASKA

On July 31, 2006, this case was remanded to the district court for the limited purpose of determining whether excusable neglect exists for the late filing of the notice of appeal as to the judgment and commitment order. On August 11, 2006, the district court determined that excusable neglect exists. Accordingly, this appeal may proceed.

The briefing schedule shall be as follows: appellant shall designate the reporter's transcript by October 16, 2006; the transcript is due November 15, 2006; appellant's opening brief and excerpts of record are due December 26, 2006; appellee's answering brief is due January 25, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

For the Court:

Adrienne H. Hickman, Deputy Clerk
Ninth Cir. R. 27-7 G.O. /Appendix A

S:\MOATT\Clrkords\09.06\ahh\06-30393.wpd