UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM

RECEIVED
OCT 23 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

U.S. Court of Appeals # 06-30393   U.S. District Court # 3-03-078-JKS
Short Case Title US v Phillips
Date Notice of Appeal Filed by Clerk of District Court  10-30-06

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
|  | previously transcribed | VOIR DIRE |
| 12-19-05 | " " | OPENING STATEMENTS |
| 12-20-05 |  | SETTLEMENT INSTRUCTIONS |
|  |  | CLOSING ARGUMENTS |
|  |  | JURY INSTRUCTIONS |
|  |  | PRE-TRIAL PROCEEDINGS |
|  |  | OTHER  remand hrg |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. **I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)**.

(X) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered _____ Estimated Date for Completion _____
Signature of Attorney  M a Ahearn   Phone Number 907 276 5294
Address 310 K St Ste 400
Anchorage AK 99501

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
   (Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
Approximate Number of Pages _____ Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____ Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)