# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES OF AMERICA

PLAINTIFF/APPELLEE

v.

RONALD LEE PHILLIPS

DEFENDANT/APPELLANT

Court of Appeals
Docket No. 06-30393

Docket Number (s) of Court of
Appeals Companion and/or cross
appeals (if known).

District Court
Docket Number. 3:03-CR-00078-JKS

# CERTIFICATE OF RECORD

This certificate is submitted in conformance with Rule 11-2 of the local rules of the U.S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcripts (if any) and the trial court clerk record, is ready for the purposes of the appeal. This record is available in the office of the U.S. District Clerk identified below.

The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U.S. District Court docket sheet and should be used for reference purposes in the briefs.

Appeals in habeas corpus and 28 USC 2255 motions to Vacate Sentence Case are treated as civil appeals in the Court of Appeals. Criminal appeals briefing schedules have been set by Time Schedule Order.

Transcript Dates:  12/19/2005, 12/20/2005
Copy of Certificate of Record filed in U.S. District Court Date: October 26, 2006

IDA ROMACK
Clerk U.S. District Court
for the District of Alaska.

by: Elisa Singleton
Deputy Clerk

{Certif.app Rev. 4/03}