UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 2 6 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>RONALD LEE PHILLIPS,<br><br>    Defendant - Appellant. | No. 06-30393<br><br>D.C. No. CR-03-00078-A-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
MAR 0 1 2007
CLERK, U.S. ......... COURT
ANCHORAGE, ALASKA

Appellant's motion to accept late filed brief is granted. The opening brief already received is ordered filed. The answering brief is due March 29, 2007. The optional reply brief is due 14 days after service of the answering brief.

This order was issued prior to the expiration of time within which a response may be filed. *See* Fed. R. App. P. 27(b).

                For the Court:
                CATHY A. CATTERSON
                Clerk of the Court

                *Alihandra M. Totor*
                Alihandra M. Totor
                Deputy Clerk
                Ninth Cir. R. 27-7/Advisory Note to Rule 27
                      and Ninth Circuit Rule 27-10

pro 02.19.07