83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

RECEIVED APR 10 2007 CLERK, U.S. ... ANCHORAGE ...

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:03-cr-00078-01-JKS |
| RONALD LEE PHILLIPS | |
| REDACTED | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Courtroom 6 |
| Before: Magistrate Judge Roberts | Date and Time<br>Wednesday, April 25, 2007,<br>at 2:00 p.m. |

To answer a(n)
[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Violation Notice  [X] Supervised Release Violation Petition

Charging you with a violation of:

Standard Condition of Supervision 3

Brief description of offense:
Offender has failed to pay the special assessment in this case as instructed by the probation officer.

| Ida Romack, Clerk of Court | March 21, 2007 at Anchorage, Alaska |
|---|---|
| Signature of Issuing Officer | Date and Location |
| by REDACTED SIGNATURE  Deputy Clerk<br>Name and Title of Issuing Officer | |

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date  4/10/07

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:  reducted

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 4/10/07
            Date

Randy M. Johnson
Name of United States Marshal

_Bradley T. Quillen_
(by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.