MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. RONALD LEE PHILLIPS      CASE NO. 3:03-cr-00078-01-JKS
Defendant: _X_ Not Present _X_ On Summons

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:            MEREDITH APPEL AHEARN

U.S.P.O.:                        KAREN BREWER

PROCEEDINGS: STATUS CONFERENCE (INITIAL APPEARANCE ON PETITION TO
             REVOKE SUPERVISED RELEASE) HELD APRIL 25, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:02 p.m. court convened.

Court and counsel heard re plaintiff's oral motion to dismiss the Petition to Revoke Supervised Release (Dkt 131) without prejudice; **GRANTED**.

At 2:04 p.m. court adjourned.

DATE:      April 25, 2007          DEPUTY CLERK'S INITIALS:   amk