UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUL 1 2 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30393 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00078-A-JKS |
| v. | District of Alaska, Anchorage |
| RONALD LEE PHILLIPS, | ORDER |
| Defendant - Appellant. | |

**RECEIVED**
JUL 1 6 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument. This matter is therefore ordered submitted without oral argument on Monday, August 6, 2007, in Anchorage, Alaska. Fed. R. App. P. 34(a).

FOR THE COURT:

CATHY A. CATTERSON
CLERK OF COURT

By: [signature]
Jennifer Flowers
Deputy Clerk