...

Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | |
| RONALD LEE PHILLIPS, ) | Case No. 3:03-cr-0078-JKS |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR PARTIAL REFUND OF PERMANENT FUND**

**DIVIDEND**

Defendant Ronald Lee Phillips moves this for an order refunding that portion of his 2007 Alaska Permanent Dividend over and above the $175.00 amount necessary for payment of his special assessment.  In his Declaration in Support of Petition dated 14 March 2007, Eric Odegard, Mr. Phillip's Probation Officer  asked that Defendant assign or that the court order payment of the $175.00 assessment from his Alaska Permanent Fund Dividend for 2007.  Mr. Phillip's agreed.  When attaching the

dividend, the government took the entire amount of the dividend and presumably applied the difference to Mr. Phillip's restitution balance. Because the agreement was that $175.00 be taken and because Mr. Phillip's Veteran's benefit goes to payment of his restitution every month, Mr. Phillips requests that the Court order return of the balance of his 2007 dividend to him. Mr. Phillips lives on a very limited income and the loss of this dividend is a hardship on him.

DATED at Anchorage, Alaska this 26th day of November 2007.

HAGANS, AHEARN AND WEBB
Attorneys for Defendant

By:   /s/ Meredith A. Ahearn
      Meredith A. Ahearn
      Alaska Bar No. 6903001
      HAGANS, AHEARN & WEBB
      310 K Street, Suite 400
      Anchorage, AK  99501
      (907) 276-5294:  Phone
      (907) 276-8732:  Fax
      E-mail:  haw@alaska.net

CERTIFICATE OF SERVICE
I certify that a copy hereof was served
electronically this 26th day of November 2007,
on:

Retta-Rae Randall
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513


/s/Meredith A. Ahearn
Meredith A. Ahearn
Hagans, Ahearn & Webb