NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. Seventh Avenue #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD LEE PHILLIPS,<br><br>Defendant. | Case No. 3:03-cr-0078-JKS<br><br>**OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL REFUND** |

      Defendant, Ronald Lee Phillips, has moved for a partial refund of the monies that were garnished from the Alaska Permanent Fund Dividend pursuant to a writ. Defendant's motion should be denied.

      Phillips was originally sentenced on November 14, 2003 to an eighteen month period of incarceration and monetary penalties of a special assessment of $200.00 and restitution of $358,809.03. Docket 58. The restitution was later reduced to $247,275.57. Defendant owes a balance of $245,510.57 in restitution, $41,954.23 in interest and $65.00 in costs for a total of

$287,529.80.

Defendant's motion is premised on an erroneous assumption that there was an agreement to forgo efforts to collect his Permanent Fund Dividend to satisfy his restitution judgment. The declaration that Defendant cites for support does not, in fact, support his assertion. The declaration of Mr. Odegard, Defendant's Probation Officer, at Docket 131, was filed in support of a petition for the court to issue a summons for the defendant to appear because of violation of the terms of supervised release. Mr. Odegard stated in his declaration that "[f]inally, on February 6, 2007, the probation officer sent the defendant an Alaska Permanent Fund Dividend Assignment of Rights form to be signed, which would apply $175 of the 2007 dividend to the special assessment. The probation officer's instructions gave the offender until February 28, 2007 to return the signed form. The offender missed the deadline." Docket 131 at 6. The fact that Defendant submitted a signed assignment form the day after the judge issued the summons for which Mr. Odegard petitioned does not constitute an agreement.

The government duly sought and was granted a writ to garnish the entirety of the defendant's dividend, to be applied to his monetary penalties order in the judgment in this case. Since the defendant still has an outstanding balance on these monetary penalties, there is no basis, legal or equitable, to refund any funds to him. His motion should be denied.

RESPECTFULLY SUBMITTED on November 28, 2007 at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. Seventh Avenue #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

I declare under penalty of perjury that on November 28, 2007, a true and correct copy of the above Opposition was served electronically on Meredith Ahearn.

s/Richard L. Pomeroy