IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>RONALD LEE PHILLIPS,<br><br>        Defendant. | Case No. 3:03-cv-00078 (JKS)<br><br>O R D E R |

    This matter shall be referred to the Honorable John D. Roberts, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for preparation of a report and recommendation on Defendant's motion at Docket No. 146.

    Dated this 2nd day of January 2008.

                                          /s/ James K. Singleton, Jr.
                                          **JAMES K. SINGLETON, JR.**
                                          United States District Judge