MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. RONALD LEE PHILLIPS CASE NO. 3:03-CR-00078-01-JKS-JDR
Defendant: _X_ Present _X_ On Summons

BEFORE THE HONORABLE: JOHN D. ROBERTS

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON/ALEXIS GUTIERREZ

UNITED STATES' ATTORNEY: RICHARD POMEROY

DEFENDANT'S ATTORNEY: MEREDITH AHEARN

U.S.P.O.: ERIC ODEGARD

PROCEEDINGS: SCHEDULING AND PLANNING CONFERENCE HELD 01/08/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:02 a.m. court convened.

Court and counsel heard re special assessment, permanent fund dividend assignment and Defendant's Motion for Release of Funds (DKT 146).

Eric D. Odegard sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 1 **IDENTIFIED.**

Ronald L. Phillips sworn and testified on his own behalf. Defendant's exhibits A, B, C **ADMITTED.**

Court and counsel heard re plaintiff's exhibit 1 **ADMITTED**.

Arguments heard.

Court heard; this matter **TAKEN UNDER ADVISEMENT**, written ruling to issue.

List of Witnesses and List of Exhibits to be filed separately.

At 10:55 a.m. court adjourned.

All admitted exhibits returned to counsel.


DATE: January 8, 2008      DEPUTY CLERK'S INITIALS: CME/AXG

Revised 6-18-07