(Rev 12/07)

# LIST OF EXHIBITS

Case No. 3:03-cr-00078-JKS-JDR   Magistrate Judge: John D. Roberts

Title U.S.A.
vs.
Ronald Lee Phillips

Dates of Hearing: 01-8-08

Deputy Clerk/Recorder: Caroline Edmiston / Alexis Gutierrez

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Richard Pomeroy | Meredith Ahearn |
| | |
| | |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 1/8 | PFD Assignment Document | A | X | 1/8 | Social Security |
| | | | | B | X | 1/8 | Public Asst. form |
| | | | | C | X | 1/8 | Profit + Loss form |