# United States District Court
for the
# DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Case Number: 3:03-CR-00078-01 JKS |
| vs. | ) ) ) | **ORDER FOR INSPECTION** |
| Ronald Lee Phillips | ) ) ) |  |

**IT IS HEREBY ORDERED** that C.J.L. RV Storage, owned by John and Carol Lyberger, shall permit any U.S. Probation Officer accompanied by any representative of the Financial Litigation Unit of the U.S. Attorney's Office, to inspect and photograph any and all property stored at 9530 Old Seward Highway, Anchorage, Alaska, by Ronald Lee Phillips, date of birth July 26, 1941. C.J.L. RV Storage shall also permit any U.S. Probation Officer to inspect and copy any documents maintained by C.J.L. RV Storage related to any property stored there by Ronald Lee Phillips.

Dated this 23 day of January, 2008.

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge