UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>RONALD LEE PHILLIPS,<br><br>    Defendant. | 3:03-cr-00078-JKS-JDR<br><br>FINAL RECOMMENDATION ON<br>MOTION FOR PARTIAL REFUND<br>OF PERMANENT FUND DIVIDEND<br>(Document 146) |

    The United States has timely objected to the recommendation that Ronald Lee Phillips, defendant, receive a partial refund of his 2007 Alaska Permanent Fund Dividend (PFD). Doc. 155. No reply to the objection was filed. Upon due consideration of the objection, the magistrate judge declines to modify the recommendation. A few comments about the objections are appropriate.

    The government continues to rely upon the circumstances in which Defendant Phillips was initially given an assignment form with oral instructions to sign it and return the form by February 28, 2007. The objection states that the original agreement between the government and the defendant was for him to pay his special assessment by assigning part of his dividend in exchange for earlier

release from supervision.  Objection, p. 3.    If Phillips had done so, the probation officer had agreed not to oppose his early termination of supervision.[1]  Phillips did not return the form.  After a summons was issued for Phillips on a petition to modify the terms of supervised release, Phillips signed and returned the assignment form.  The government voluntarily dismissed the petition.

The government could have furnished Phillips an assignment form to sign indicating the full amount of the 2007 PFD.  Instead, the form reflected an assignment of $175 (the amount remaining owed by Phillips for special assessments).  A fair reading of that form indicates that it is an assignment for the amount of $175 of the PFD.

In reliance upon Phillips signing the form, the government wants to apply the remainder of Phillips' 2007 dividend, namely $1,477, toward his restitution now that the special assessments have been paid.  As stated in the recommendation, this position is unfair.  The government created any ambiguity

//
//
//
//

---

[1] That is not what Phillips is seeking to enforce.

about the intended effect of the form which the probation officer prepared and submitted to Phillips to sign. The signed form affects only the 2007 PFD. Accordingly, the recommendation should be followed. This matter shall now be forwarded to the assigned district judge for his determination.

        DATED this __Fourth__ day of February, 2008, at Anchorage, Alaska.

                                  /s/ John D. Roberts
                                JOHN D. ROBERTS
                                United States Magistrate Judge