NELSON P. COHEN
United States Attorney
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>RONALD LEE PHILLIPS,<br><br>             Defendant. | Case No. 3:03-cr-00078-JKS<br><br><br>NOTICE OF SUBMISSION OF PROPOSED ORDER |

In accordance with the Court's Order at Docket 157, Plaintiff files this notice of submission of proposed order to release PFD funds.

RESPECTFULLY SUBMITTED this 6th day of February 2008.

NELSON P. COHEN
United States Attorney


s/Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Avenue #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK Bar No.: 8906031

I declare under penalty of perjury that a true and correct copy of the foregoing Notice of Submission was sent electronically to Meredith Ahearn on February 6, 2008.

s/Richard L. Pomeroy