IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:03-cr-00078-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] |
| vs. | ) | ORDER TO RELEASE PFD FUNDS |
| | ) | |
| RONALD LEE PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon hearing and briefing of Defendant's motion for partial refund of permanent fund dividend and this Court's Order at Docket 157 granting said motion, it is hereby,

ORDERED that, from the attached funds of $1,652.00, $175.00 shall be released from the Court's Registry and applied to Defendant's restitution.  The balance shall be released from the Registry by check made payable to Hagans, Ahearn & Webb in trust for Defendant Ronald Phillips at 310 K Street, Suite 400, Anchorage, AK 99503.

Dated this _____ day of February 2008.

 

 

_____    _____
                                                                               JAMES K. SINGLETON, JR.
                                                                               U.S. DISTRICT COURT JUDGE