```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                     DISTRICT OF ALASKA
```

U.S.A. vs. <u>RONALD LEE PHILLIPS</u>    CASE NO. <u>3:03-cr-00078-01-JKS</u>
Defendant: <u>X</u> Present <u>X</u> On Summons

BEFORE THE HONORABLE: <u>         JOHN D. ROBERTS                    </u>

DEPUTY CLERK/RECORDER: <u>         APRIL KARPER                      </u>

UNITED STATES' ATTORNEY: <u>       RETTA-RAE RANDALL                 </u>

DEFENDANT'S ATTORNEY: <u>          MEREDITH AHEARN - APPOINTED       </u>

U.S.P.O.: <u>                      ERIC ODEGARD                      </u>

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 158) HELD FEBRUARY 27, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:40 a.m. court convened.

<u>X</u> Copy of Petition to Revoke Supervised Release given to
   defendant.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name:<u> Same as above.                  </u>

<u>X</u> Defendant advised of general rights.

<u>X</u> Financial Affidavit **FILED**.
 <u>X</u> Federal Public Defender to appoint CJA counsel; FPD notified.

<u>X</u> Defendant **DENIED** allegations <u>1 and 2 of the Petition to</u>
   <u>Revoke Supervised Release.</u>

<u>X</u> Consent to Proceed before U.S. Magistrate Judge **FILED**.

<u>X</u> Evidentiary hearing set for  **March 27, 2008 at 9:30 a.m.**

<u>X</u> Order Setting Conditions of Release **FILED**.

<u>X</u> OTHER:<u> Parties to meet and confer by **March 3, 2008**. Court and</u>
<u>counsel heard re plaintiff's oral motion to release the defendant</u>
<u>with conditions; **GRANTED**.</u>

At 10:01 a.m. court adjourned.

DATE: <u>      February 27, 2008    </u> DEPUTY CLERK'S INITIALS:<u>   AMK  </u>

Revised 6-18-07