ATTORNEY FOR DEFENDANT
Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294
e-mail haw@alaska.net
Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD LEE PHILLIPS, ) | |
| ) | No. A03-0078-01 CR (JKS) |
| Defendant. ) | |
| ) | |

**UNOPPOSED MOTION TO RESCHEDULE HEARING**

Comes now Defendant, Ronald Lee Phillips, by and through counsel of record, Meredith A. Ahearn, and moves this court to reschedule the hearing currently set for March 27, 2008 until April 4, 2008 or as soon thereafter as this court can accommodate.  The parties are attempting to resolve the matter in order to avoid, if possible, a prolonged hearing.

Dated at Anchorage, Alaska, this 25th of March, 2008.

HAGANS, AHEARN & WEBB
Attorney for Defendant Ronald Lee Phillips

/s/Meredith A. Ahearn
Alaska Bar No. 6903001

CERTIFICATE OF SERVICE
I certify that a copy hereof was served
Electronically this 25th
day of March 2008, on:

Retta Randall
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99501

/s/Meredith A. Ahearn
Hagans, Ahearn & Webb
6373