Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RONALD LEE PHILLIPS, ) <br> ) <br> Defendant. ) <br> _____) | Case No. A03-0078 CR (JKS) |

**ORDER**

Defendant's Unopposed Motion to Continue Hearing set for March 27, 2008, until April 4, 2008, in this case is hereby GRANDED/DENIED.  It is ordered that the hearing shall be continued to the _____ day of _____, 2008, at _____ ___.m

DATED at Anchorage, Alaska, this March 25, 2008.

_____
United States District Court Magistrate Judge

CERTIFICATE OF SERVICE
I certify that a copy hereof was served
electronically this 25th
Day of March 2008, on:

Retta Randall
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99501

/s/ Meredith Ahearn
Hagans, Ahearn & Webb