MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. RONALD LEE PHILLIPS     CASE NO. 3:03-CR-00078-01-JKS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE: JOHN D. ROBERTS

DEPUTY CLERK/RECORDER: SAMANTHA LARK

UNITED STATES' ATTORNEY: RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY: MEREDITH APPEL AHEARN

PROCEEDINGS: INITIAL APPEARANCE ON AMENDED PETITION TO REVOKE SUPERVISED RELEASE (DKT 170) AND STATUS HEARING RE (EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED RELEASE (DKT 158) HELD APRIL 4, 2008:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 12:02 p.m. court convened.

Copy of Amended Petition to Revoke Supervised Release (DKT 170) given to defendant: waived reading.

Defendant advised of general rights.  X Waived full advisement of rights.

Defendant **DENIED** allegations 1, 2, 3 and 4 of the Amended Petition to Revoke Supervised Release (DKT 170)

Court and counsel heard re Defendant's Oral Motion to reset Evidentiary hearing on Petition to Revoke Supervised Release (DKT 158) set April 4, 2008 at 11:30 a.m.; **GRANTED.**

Evidentiary hearing on Petition to Revoke Supervised Release (DKT 158) and Amended Petition to Revoke Supervised Release (DKT 170) set for **April 21, 2008 at 9:00 a.m.**

Defendant's Conditions of Release remain as previously set.

OTHER: Court and counsel heard re possible agreement.

At 12:08 p.m. court adjourned.

DATE: April 4, 2008        DEPUTY CLERK'S INITIALS: sal

Revised 6-18-07