AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>RONALD LEE PHILLIPS<br><br>Redacted Address | SUMMONS IN A CRIMINAL CASE<br><br>Case Number: 3:03-CR-00078-01-JKS<br><br>**RECEIVED**<br>APR 1 4 2008<br>CLERK, U.S. DISTRICT COURT<br>ANCHORAGE, A.K. |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Room<br>COURTROOM 6 |
|---|---|
| Before: JOHN D. ROBERTS | Date and Time<br>2/27/08 @ 9:30 AM |

To answer a(n)
[] Indictment   [] Information   [] Complaint   [] Violation Notice   [X] Probation Violation Petition

Charging you with a violation of:

Title United States Code, Section(s)

Brief description of offense:
Violation of special conditions of Supervision and violation of Standard Condition number 3.

| | |
|---|---|
| Ida Romack, Clerk of Court<br>Signature of Issuing Officer<br><br>**Signature Redacted**       Deputy Clerk<br>                            Issuing Officer | Anchorage, Alaska<br>Date and Location |

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  Date 4/16/08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USPO by Tim Astley

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 4/16/08
Date

Randy M Johnson
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.