MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. RONALD LEE PHILLIPS       CASE NO. 3:03-CR-00078-01-JKS
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          SAMANTHA LARK

UNITED STATES' ATTORNEY:        RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:           MEREDITH APPEL AHEARN

U.S.P.O.:                       ERIC ODEGARD

PROCEEDINGS: STATUS HEARING (EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED RELEASE (DKT 158) AND AMENDED PETITION TO REVOKE SUPERVISED RELEASE (DKT 170) HELD APRIL 21, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:36 a.m. court convened.

Court and counsel heard re parties agreement.

Court and counsel heard re Plaintiff's Oral Motion to set a Status Hearing; **DENIED**

Court ordered plaintiff to file a Status Report on or before May 21, 2008.

Defendant's conditions of release remain as previously set.

At 9:44 a.m. court adjourned.

DATE: April 21, 2008            DEPUTY CLERK'S INITIALS:   sal

Revised 6-18-07