NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:03-cr-00078-01-JKS-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| vs. | ) | **DISMISS PETITIONS TO** |
| | ) | **REVOKE SUPERVISED** |
| RONALD LEE PHILLIPS, | ) | **RELEASE AT DOCKET** |
| | ) | **NOS. 158 AND 170** |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW the United States of America and hereby requests that the court dismiss the Petitions to Revoke Supervised Release at Docket Numbers 158 and 170.

In settlement of the allegations in the Petitions, the defendant has signed a 2008 Dividend Assignment of Rights of his Permanent Fund Dividend to the United States Treasury for payment of restitution in this matter.  He has also entered into an Installment Payment Agreement to make additional payments towards his restitution.  (See attached Exhibit 1).  These payments of $75 per month for the next year are in addition to the offset of $115 per month being currently withheld by the Veteran's Administration and applied to restitution. The defendant understands that after April 15, 2009, the United States may enforce collection of the remaining restitution due and owning as a judgment debt pursuant to Title 18 U.S.C. § 3613(b) and (f), unless further payment agreements are reached with the United States.

Meredith A. Ahearn, attorney for defendant, Ronald Lee Phillips, is unopposed to this Motion.  The United States Probation Office ("USPO") also supports this Motion.  Both the parties and the USPO agree that the defendant's term of supervised release is now terminated; the defendant's supervised release was scheduled to end April 13, 2008,  but remained in effect pursuant to 18 U.S.C. § 3583(i) pending resolution of the two Petitions.

The parties agree that the allegation in the Petitions have been resolved and therefore request dismissal thereof.

RESPECTFULLY SUBMITTED this 22nd day of April, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/Retta-Rae Randall
RETTA-RAE RANDALL
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2008 a
copy of the foregoing *Motion to Dismiss*
was served electronically, via ECF, on:

Meredith A. Ahearn

s/ Retta-Rae Randall