NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. Seventh Avenue #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: RettaRae.Randall@usdoj.gov


Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:03-cr-00078-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | INSTALLMENT PAYMENT |
| | ) | AGREEMENT |
| RONALD LEE PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY agreed by and between the parties as follows:

1.   That judgment in the above-captioned case was entered against defendant, Ronald Lee Phillips on November 14, 2003.

2.   That, pursuant to said judgment, defendant was ordered to pay restitution in the amount of $247,275.57.

3.   That the current balance of the restitution debt is $245,335.57 in principal, $46,857.80 in interest, which continues to accrue at 5.040% per annum, and costs of $65.00 for a total of $292,258.37.

4.    That Plaintiff United States of America, agrees to stay enforced collection of this judgment debt, excluding the offset from the Veteran's Administration of defendant's disability benefits currently withheld in the amount of $115.00 per month and applied to defendant's restitution, while compliance with the following conditions is occurring:

(a)    Defendant agrees to make monthly payments of $75.00, with the first payment due on May 15, 2008, and subsequent payments due on the 15th of the month until April 15, 2009.

(b)    Defendant agrees to apply for and voluntarily assign his Alaska Permanent Fund Dividend for the year 2008.

5.    Defendant's failure to abide by Paragraph 4 without good and just cause and without written consent of the United States may result in execution upon the full amount of the judgment under any and all means allowed by law to commence at Plaintiff's discretion.

6.    After April 15, 2009, the United States may enforce collection of this judgment debt pursuant to Title 18 U.S.C. §3613(b) and (f),unless further payment agreements are reached

\\

\\

\\

\\

\\

\\

between the parties.

     EXECUTED at Anchorage, Alaska.


NELSON P. COHEN
UNITED STATES ATTORNEY


April 21, 2008
Date

RETTA-RAE RANDALL
Assistant U.S. Attorney


Date

RONALD LEE PHILLIPS
Defendant


3