IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:03-cr-0078-1-JKS-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[Proposed]** |
| vs. | ) | **ORDER** |
| | ) | |
| RONALD LEE PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the government's Unopposed Motion to Dismiss Petitions to Revoke Supervised Release at Docket Nos. 158 and 170 in this case, the Unopposed Motion to Dismiss is hereby GRANTED/DENIED.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this _____ day of April, 2008.

_____
United States District Court Judge