IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:03-cr-0078-1-JKS-JDR |
| )  Plaintiff, ) | |
| ) vs. ) | **ORDER** |
| ) RONALD LEE PHILLIPS, ) | |
| )  Defendant. ) | |

Having considered the government's Unopposed Motion to Dismiss Petitions to Revoke Supervised Release at Docket Nos. 158 and 170 in this case, the Unopposed Motion to Dismiss is hereby GRANTED.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this 23rd day of April 2008.

                                                /s/James K. Singleton, Jr.
                                           United States District Court Judge